# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 95 MM 2016
:
                Respondent :
:
:
:
:
                v. :
:
:
:
WANYA ROSSER, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2016, the Petition for Leave to File Petition Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was once again negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122.

    Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 5 days of this order.